## YELLOW MFG. ACCEPTANCE CORPORATION v. SCOTT MOTOR CO.

### No. 2070.

Court of Civil Appeals of Texas. Waco.

Feb. 3, 1938.

Henry P. Edwards, of Dallas, for appellant.

Harry Flentge, of Gatesville, and Moran & Mason, of Waco, for appellee.

GALLAGHER, Chief Justice.

This appeal is prosecuted from an order made in chambers by the judge of the district court of Coryell county restraining appellant from selling six certain trucks at either public or private sale for and during a stipulated period. Said period has expired. The issue involved has therefore become moot and the appeal is dismissed.